

Rabin, P. J., Latham, Christ, Brennan and Benjamin, JJ., concur.

DAVID YAGODA, Appellant, v. WILLIAM GELLES et al., Respondents.—

Hopkins, Acting P. J., Munder, Martuscello, Latham and Brennan, JJ., concur.

In the Matter of 45 62 REST. INC., Petitioner, v. NEW YORK STATE LIQUOR AUTHORITY, Respondent.—

Martuscello, Acting P. J., Latham, Christ, Brennan and Benjamin, JJ., concur.

In the Matter of 45 62 REST. INC., Petitioner, v. NEW YORK STATE LIQUOR AUTHORITY, Respondent.—

Martuscello, Acting P. J., Latham, Christ, Brennan and Benjamin, JJ., concur.

In the Matter of JASLOW ASSOCIATES, INC., CROSSROADS 2, Petitioner, v. STATE OF NEW YORK LIQUOR AUTHORITY, Respondent.—

No opinion. Martuscello, Acting P. J., Latham, Christ, Brennan and Benjamin, JJ., concur.

In the Matter of JASLOW ASSOCIATES, INC., CROSSROADS 2, Petitioner, v. STATE OF NEW YORK LIQUOR AUTHORITY, Respondent.—

Martuscello, Acting P. J., Latham, Christ, Brennan and Benjamin, JJ., concur.

(March 10, 1971)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN HUGHES, Respondent, v. WARDEN OF SUFFOLK COUNTY JAIL, Appellant.—

Hopkins, Acting P. J., Munder, Martuscello, Latham and Shapiro, JJ., concur.